E. GREENFIELD'S SONS, INC., Appellant, v. GREGOR MACGREGOR FRAME and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No

opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.; Smith and Merrell, JJ., dissenting.